IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

        Plaintiff,

vs.

Brian M. Sze,

        Defendant,

**NOTICE**

Case No. CR2-15-267

**JUDGE MARBLEY**

    **TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

*Place:*    UNITED STATES DISTRICT COURT    **COURTROOM # 1**
319 U.S. Courthouse
85 Marconi Boulevard    **March 4, 2016 @ 10:00 A.M.**
Columbus OH  43215

TYPE OF PROCEEDING: **ARRAIGNMENT ON INFORMATION**

ALGENON L. MARBLEY
United States District Judge

DATE: February 11, 2016

*[signature]*
(By) Betty L. Clark, Deputy Clerk
(614) 719-3265

TO:    Heather Hill, Esq., 303 Marconi Blvd., Ste. 200 Columbus OH  43215
     James Gilbert, Esq.,    St., Columbus OH  43215
     U.S. Pretrial Services, U.S. Courthouse, Columbus OH  43215
     U.S. Probation, U.S. Courthouse, Columbus OH  43215
     U.S. Marshal, U.S. Courthouse, Columbus OH  43215